**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SALVADOR GARCIA-TORRES, | No. 08-71932 |
| Petitioner, | Agency No. A098-952-250 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 10, 2010[**]

Before: O'SCANNLAIN, HAWKINS, and IKUTA, Circuit Judges.

Salvador Garcia-Torres, a native and citizen of El Salvador, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for

cancellation of removal. We dismiss the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction over the agency's discretionary determination that Garcia-Torres failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Garcia-Torres' contention that the agency deprived him of due process by misapplying the law to the facts of his case does not state a colorable due process claim. *See id.*

We lack jurisdiction to review Garcia-Torres' contentions regarding asylum and additional grounds of hardship not considered by the agency because he failed to raise those arguments before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED**.